# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT C. McGEE,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:18-0904 |
| v. | : | (JUDGE MANNION) |
| **MARK CAPOZZA,** Superintendent | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Respondent's motion to dismiss the above captioned action as untimely (Doc. 15) is **GRANTED.**

2. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

5. Petitioner's motion to stay and hold in abeyance the above captioned action, pending the outcome of his motion in state court, pursuant to Reeves v. Fayette SCI, 897 F.3d 154 (3d Cir. 2018) (Doc. 21) is **DISMISSED** without prejudice, in accordance with this Court's decision herein.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 14, 2019**
18-0904-01-Order